IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:22-CV-00565 |
| SHAFAII INVESTMENTS, LTD., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ERIK GARCIA, and Defendant, SHAFAII INVESTMENTS, LTD., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of the entire action, with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice. Each party is to bear their own fees and costs.

Respectfully submitted this 11th day of May, 2022.

                                            Law Offices of
                                            THE SCHAPIRO LAW GROUP, P.L.

                                            /s/ Douglas S. Schapiro
                                            Douglas S. Schapiro, Esq.
                                            Southern District of Texas ID No. 3182479
                                            The Schapiro Law Group, P.L.
                                            7301-A W. Palmetto Park Rd., #100A
                                            Boca Raton, FL 33433
                                            Tel: (561) 807-7388
                                            Email: schapiro@schapirolawgroup.com

/*s/*     Ronald C. Campana
Ronald C. Campana, Esq.
State Bar No.  03692600
4900 Fournace Place, Suite 560
Bellaire, TX  77401
Phone: (713) 227-0042
Email:  rcampanalegalasst@gmail.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 11th day of May, 2022.

 s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479